IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JEFFREY SCOTT RIDENOUR and
AMIN HALEM,
Individually and on behalf
of all others similarly situated,**

 **Plaintiffs,**

v.

**MULTI-COLOR CORPORATION,**

**and**

**STERLING INFOSYSTEMS, INC.,**

 **Defendants.**

          **Civil No. 2:15-cv-41-MSD-DEM**
          **JURY TRIAL DEMANDED**

**PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff, Jeffrey Scott Ridenour, individually and on behalf of all other similarly situated individuals, by Counsel, moves the Court for an Award of Attorneys' Fees, Costs, and Class Representative Service Award. The bases for this Motion are set forth in the accompanying Memorandum of Law.

        **Respectfully Submitted,**

        **JEFFREY S. RIDENOUR,**
        *on behalf of himself and others
        similarly situated*,


   BY:   /s/
      Leonard A. Bennett, Esq., VSB #37523
      Susan M. Rotkis, Esq.
      Craig C. Marchiando, Esq., VSB #89736
      **CONSUMER LITIGATION ASSOCIATES, P.C.**
      763 J. Clyde Morris Blvd, Suite 1A
      Newport News, VA  23601
      Telephone: (757) 930-3660
      Facsimile: (757) 930-3662

        Email: lenbennett@clalegal.com
                srotkis@clalegal.com
                craig@clalegal.com

Kristi C. Kelly, Esq.
Andrew J. Guzzo, Esq.
**KELLY & CRANDALL, PLC**
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7576
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
       aguzzo@kellyandcrandall.com

James A. Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN PC**
Land Title Building
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
dsearles@consumerlawfirm.com
jfrancis@consumerlawfirm.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of December, 2016, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

                /s/
Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com