IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JEFFREY SCOTT RIDENOUR and AMIN HALEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MULTI-COLOR CORPORATION and STERLING INFOSYSTEMS, INC.,<br><br>Defendants. | Civ. Act. No. 2:15-cv-41 (MSD/DEM) |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Before the Court is the Joint Motion to Extend Deadline to File Joint Motion for Preliminary Approval of Class Action Settlement filed by Plaintiffs and Defendant Sterling Infosystems, Inc. ("Sterling"). Having shown good cause in the Joint Motion, **IT IS HEREBY ORDERED** that Plaintiffs and Sterling are granted an additional 14 days, until and including January 31, 2017, to file a Joint Motion for Preliminary Approval of Class Action Settlement.

IT IS SO ORDERED this 13th day of January, 2017.

/s/ 
Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge